# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Mary Hildebrandt, et al.

Plaintiff,

v.                                                            Case No.: 1:10−cv−08202

                                                             Honorable Matthew F. Kennelly

Omni Credit Services of Florida

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 31, 2011:

     MINUTE entry before Honorable Matthew F. Kennelly: Case is dismissed with leave to reinstate on or before 3/15/2011. Status hearing set for 3/3/2011 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.